# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

NATIONAL STAFFING SOLUTIONS, INC.,

        Plaintiff,

v.                                Case No:   6:21-cv-1590-PGB-LHP

HEIDI SANCHEZ,

        Defendant

## ORDER

This cause comes before the Court *sua sponte*. Plaintiff has filed three documents titled "Plaintiff's Notice of Service of Subpoenas." Doc. Nos. 36-38. On review, the documents are **ORDERED stricken**. *See* Fed. R. Civ. P. 5(d)(1)(A).

**DONE** and **ORDERED** in Orlando, Florida on August 1, 2022.

*[signature: Leslie Hoffman Price]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties