IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NATIONAL STAFFING SOLUTIONS,
INC., a Florida Corporation,                             CASE NO.: 6:21-CV-01590-PGB-LRH
     Plaintiff,
v.

HEIDI SANCHEZ, an individual,
     Defendant.
_____/

## MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel files this Motion to Withdraw in the above-referenced case, stating as grounds in support thereof:

1. The Defendant, HEIDI SANCHEZ, retained the undersigned counsel to represent her in defense of all claims brought against the Defendant on or about October 20, 2021.

2. Irreconcilable differences have arisen between Defendant and the undersigned counsel that makes further representation of Defendant by undersigned counsel not possible.

3. Defendant's last known address is 5659 Berwood Drive, Orlando, Florida 32810.

WHEREFORE, for the foregoing reasons, the undersigned counsel moves this Court to grant the Motion to Withdraw as Counsel of Record for Defendant.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed by using the Florida E-Portal system which will generate copies to counsel of record on the 12th day of August, 2022. A copy will also be sent by U.S. mail to Heidi Sanchez at 5659 Berwood Drive, Orlando, Florida 32810 and by email to sanchez.heidi@gmail.com and legalstuff712@gmail.com.

`
/s/: H. CLAY PARKER
H. Clay Parker, Esquire
***The Florida Lawyer***
Florida Bar No.: 0818331
501 N. Magnolia Ave.
Orlando, Florida 32801
Telephone: 407-759-5555
hclay@hclayparker.com
efile@hclayparker.com