# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

NATIONAL STAFFING SOLUTIONS,
INC.,

        Plaintiff,

v.                                                    Case No:   6:21-cv-1590-PGB-LHP

HEIDI SANCHEZ,

        Defendant

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**  **MOTION TO WITHDRAW AS COUNSEL (Doc. No. 41)**
>
> **FILED:**  **August 12, 2022**
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

H. Clay Walker, Esq. seeks to withdraw as counsel for Defendant.   Doc. No. 41.   However, the motion fails to comply with Local Rules 1.08(a)-(b), 2.02(c),

3.01(a), and 3.01(g).   Any renewed motion must comply with all applicable Local Rules.

  **DONE** and **ORDERED** in Orlando, Florida on August 15, 2022.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties