**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

NATIONAL STAFFING SOLUTIONS, INC.,

        Plaintiff,

v.                                Case No:   6:21-cv-1590-PGB-LHP

HEIDI SANCHEZ,

        Defendant

---

**ORDER TO STRIKE**

This cause comes before the Court on defense counsel's Unopposed Motion to Withdraw as Counsel. Doc. No. 92. For reasons unknown, counsel filed this motion *ex parte*, with no explanation or legal authority for doing so. *See id.* Accordingly, the Motion (Doc. No. 92) is hereby **STRICKEN**. If counsel re-files the motion *ex parte*, counsel must provide legal authority establishing that such procedure is appropriate.

The Court also notes that the motion fails to fully comply with Local Rule 2.02(c), specifically, subsection (c)(1)(B)(i). Notably, the motion inconsistently represents both that "Defendant . . . consents to the withdrawal," and that "consent cannot be obtained" from Defendant. *Id.* at 1, 2. **Counsel shall refile a properly**

**supported motion that complies with all applicable Local Rules on or before 5:00 p.m. on Friday, January 27, 2023.** This is now the *fourth* attempt by Attorney Henry Clay Parker, IV to withdraw from this case – all of these prior attempts were unsuccessful due to Attorney Parker's apparently inability or unwillingness to comply with the Local Rules of this Court. *See* Doc. Nos. 41-42, 45-46, 53, 56. Any further filings from Attorney Parker that fail to comply with any applicable Local Rules may subject Attorney Parker to sanctions.

**DONE** and **ORDERED** in Orlando, Florida on January 25, 2023.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties